# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JERRY GIBBS-CARTER, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:13-cv-00855-JHH-PWG |
| EDWARD POTTER, Warden, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On November 25, 2013, the magistrate judge notified petitioner, Jerry Gibbs-Carter ("Petitioner"), that his petition invoking 28 U.S.C. § 2254 was deficient, and ordered Petitioner to re-plead within thirty (30) days. (Doc. # 11). In response, Petitioner has filed a pleading styled as an "Answer," in which Petitioner states that his physical health is too poor to permit him to re-plead. (Doc. # 15). Petitioner's Answer further purports to "withdraw [the] writ" until his health improves. (*Id.* at 2). To the extent that Petitioner's Answer is construed as a voluntary motion to dismiss, it is due to be granted.

A separate order will be entered.

**DONE** this the   31st   day of December, 2013.

*/s/ James H. Hancock*

SENIOR UNITED STATES DISTRICT JUDGE